**Motion Granted and Order filed June 15, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00622-CV**

_____

**ANSON DISTRIBUTING, LLC, Appellant**

**V.**

**STARCO IMPEX, INC. AND USA MILLENNIUM, LP, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-42352**

---

## ORDER

Appellant has filed an unopposed motion for an extension if time to file its' response and reply brief. The motion is granted. In accordance with our order of November 18, 2021, setting a briefing schedule:

- Appellant's combined response and reply brief is due July 6, 2022 (word count 22,500); and

- Appellees' reply brief is due July 27, 2022 (word count 7,500).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.